UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEREMY CRAIG,

an Individual Plaintiff,

v.                                        Case No.: 3:26-cv-01391-JEP-PDB (BD)

VALLENCOURT, INC.,

A Florida Profit Corporation,

Defendant.

_____/

## CASE MANAGEMENT REPORT

The parties submit this Case Management Report pursuant to Local Rule

3.02 and the Court's directives.

**CASE MANAGEMENT REPORT**

The parties submit this Case Management Report pursuant to Local Rule 3.02 and

the Court's directives.

**1. Rule 26(f) Conference**

The parties conducted their Rule 26(f) conference on July 2, 2026.

**2. Initial Disclosures**

1

The parties will exchange Rule 26(a)(1) Initial Disclosures on or before July 22, 2026.

**3. Track Selection**

The parties jointly select the Standard Track.

**4. Deadlines and Schedule**

Amend Pleadings / Add Parties: October 31, 2026

Plaintiff's Expert Disclosure: December 31, 2026

Defendant's Expert Disclosure: January 31, 2027

Rebuttal Expert Disclosure: February 19, 2027

Fact Discovery Deadline: March 24, 2027

Expert Discovery Deadline: April 1, 2027

Mediation Deadline: April 30, 2027

Dispositive Motions: May 1, 2027

Final Pretrial Meeting: July 16, 2027

Final Pretrial Statement: July 30, 2027

Final Pretrial Conference: August 15, 2027 (or as set by the Court)

Trial Term: September 2027

## 5. Mediation

Mediator: To be selected jointly. Deadline: February 27, 2027. Location: As agreed or via videoconference.

## 6. Consent to Magistrate Judge

The parties do not consent to jurisdiction by Magistrate Judge Patricia D. Barksdale.

## 7. ESI

The parties will exchange ESI in PDF or native format as appropriate. No unusual ESI issues are anticipated.

## 8. Confidentiality

The parties anticipate entering into a standard confidentiality agreement and will submit a proposed protective order if needed.

## 9. Other Discovery Issues

None anticipated. This ADA case involves a reasonable-accommodation claim and does not require site inspections.

## 10. Settlement

Settlement may be possible after early expert disclosures and mediation.

**11. Trial**

Type of Trial: Bench Estimated Length: **3-4 days**

**SIGNATURES**

Dated this 2nd day of July, 2026.

Respectfully Submitted,

**/s/ Ammoie D. Buchanan**
Ammoie D. Buchanan
Florida Bar No.  1036163
RICHARD CELLER LEGAL, P.A.
7951 SW 6th St, Suite 316
Plantation, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-Mail: ammoie@floridaovertimelawyer.com

*Lead Counsel for Plaintiff*

**/s/ David Miklas**
DAVID MIKLAS
Florida Bar No.  167060
**LAW OFFICE OF DAVID MIKLAS, P.A.**
P.O Box 12996
Fort Pierce, Florida 34979
Telephone:  (772) 465-5111
Facsimile: N/A
E-Mail: david@miklasemploymentlaw.com

*Lead Counsel for Defendant*

4